

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00240-CV

Tanya **FOSTER** and Ben Foster, Individually and as Next Friend of E.F., a Minor,
Appellants

v.

**ROADRUNNER TRAVELERS, LLC**, Allison Michelle Rogers and Christopher Kyle Rogers,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-26655
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: June 17, 2026

DISMISSED

Appellants filed a notice of appeal in the trial court on March 23, 2026 and in this court on March 24, 2026. When appellants filed their notice of appeal, they did not pay the applicable filing fee. They also did not file a docketing statement, and their notice of appeal did not certify that they served it on each court reporter responsible for preparing and filing the record in this case, as required by section 51.017(a) of the Texas Civil Practice and Remedies Code. On March 24, 2026,

we notified appellants of these deficiencies by letter and instructed them to take corrective action by April 3, 2026. Appellants did not respond to our letter.

On May 12, 2026, the trial court clerk filed a Notification of Late Record stating the clerk's record had not been filed because appellants had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellants were not entitled to appeal without paying the fee.

In light of these issues, on May 15, 2026, we ordered appellants to:

- either (1) pay the applicable filing fee or (2) provide written proof to this court that they are excused by statute or the Rules of Appellate Procedure from paying the fee, *see* TEX. R. APP. P. 20.1;

- provide written proof that either (1) the clerk's fee to prepare the clerk's record has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee; and

- file a docketing statement and an amended notice of appeal that complies with section 51.071(a) of the Texas Civil Practice and Remedies Code.

We cautioned appellants that if they did not comply with our order by May 26, 2026, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

In response to our order, appellants paid the notice of appeal filing fee on May 20, 2026. They also filed a docketing statement and an amended notice of appeal on that date. However, the docketing statement is incomplete, and the amended notice of appeal does not correct the deficiencies noted in our April 3, 2026 letter and May 15, 2026 order. Furthermore, appellants have not filed written proof that they have paid or made arrangements to pay the trial court clerk's fee to prepare the clerk's record, and the clerk's record has not been filed. Because appellants have not complied with our May 15, 2026 order, we dismiss this appeal. *See id.*

PER CURIAM